GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  4:22-cr-33-CDL |
| **ALEXIS SALAS** | |

On July 24, 2019, Salas commenced her term of supervised release. She has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the U.S. Courts, and is no longer in need of supervision. It is accordingly recommended that Salas be discharged from supervision.

Respectfully submitted,

Jennifer S. Torbett
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   23rd   day of   December  , 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE